UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                      Hon. Paul L. Maloney

v.

                                      Case No. 1:18-cr-00172

GUDBERTO ORDONEZ-LUCAS,

     Defendant.

_____/

## **ORDER**


Defendant appeared before me on August 14, 2018, with appointed counsel

for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).

After being advised of his rights, including those attendant to a detention hearing,

defendant waived his right to the hearing. I find that his waiver was knowingly and

voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of

the Attorney General pending trial.

DONE AND ORDERED on August 14, 2018.


                                 /s/ Phillip J. Green
                               PHILLIP J. GREEN
                               United States Magistrate Judge